# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 5D2023-1204
LT Case No. 2021-CA-000530

———————————————

TMS ENTERPRISES OF CENTRAL
FLORIDA, INC.,

    Appellant/Cross-Appellee,

    v.

DEBRA WILBANKS,

    Appellee/Cross-Appellant.

———————————————

On appeal from the Circuit Court for Flagler County.
Christopher A. France, Judge.

Christopher V. Carlyle and John N. Bogdanoff, of the Carlyle
Appellate Law Firm, Orlando, for Appellant/Cross-Appellee.

Lydia S. Zbrzeznj and Nicholas T. Zbrzeznj, of Southern Atlantic
Law Group, PLLC, Winter Haven, for Appellee/Cross-Appellant.

June 18, 2024

PER CURIAM.

    AFFIRMED.

JAY, HARRIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____